## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHRISTOPHER A. JONES, | ) | 3:03-CV-032-ECR (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | February 1, 2006 |
| | ) | |
| E.K. McDANIEL, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   GINA MUGNAINI            REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Motion for Order (Doc. #164).  In that Motion Plaintiff requests the court order a secure and private place for Plaintiff to conduct telephone conferences such as the conference with defense counsel concerning the Pretrial Order.

Plaintiff apparently refused to confer with counsel for Defendant in the absence of such privacy and also apparently refused to attend a court ordered hearing without such privacy.

There were no issues at either the conference with counsel nor the court hearing which required privacy.  If there are instances where privacy is necessary, such as at a settlement conference, the court will require whoever is in the room with the Plaintiff to leave to the room so the Plaintiff will have privacy.  Otherwise, the court will not issue such a blanket order as is requested by the Plaintiff.

Plaintiff's Motion for Order (Doc. #164) is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:_____/s/_____
        Deputy Clerk