UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHRISTOPHER A. JONES, | ) | 3:03-CV-032-ECR (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | August 11, 2006 |
| | ) | |
| E.K. McDANIEL, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   GINA MUGNAINI         REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Motion to Allow the Plaintiff Leave to Communicate with His Witness in a Secure Phone Call and, Notice of Potential Witness Tampering Through Intimidation or Threats to Stop Testifying in Violation of 42 U.S.C. § 1985(2) (Doc. #222).  Defendants have opposed the Motion (Doc. #245).

The Nevada Department of Corrections prohibits inmate contact between institutions.  This prohibition is for safety and security reasons and is based on sound penological reasons.  The court will not interfere with this prohibition under the circumstances of this case.

Plaintiff will be able to call Mr. Rodriguez as a witness at trial and he can testify by video conferencing from the Ely State Prison.

Plaintiff's Motion to Allow the Plaintiff Leave to Communicate with His Witness in a Secure Phone Call and, Notice of Potential Witness Tampering Through Intimidation or Threats to Stop Testifying in Violation of 42 U.S.C. § 1985(2) (Doc. #222) is **DENIED**.

   IT IS SO ORDERED.

                                                                LANCE S. WILSON, CLERK

                                                                By:      /s/
                                                                      Deputy Clerk